No. 89–7609.  RILEY *v.* SULLIVAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–7610.  FRANKLIN *v.* CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 89–7613.  WILSON *v.* WILSON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–7614.  WYATT *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 89–7615.  WILLIS *v.* FIRST BANK NATIONAL ASSN.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 89–7618.  MARTIN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 89–7623.  VALDEZ *v.* BRITTAIN, SUPERINTENDENT, ARKANSAS VALLEY CORRECTIONAL FACILITY, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–7625.  AYLETT *v.* CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 89–7626.  BUNION *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–7627.  VIDAURRI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–7628.  GONZALES *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 89–7629.  MAUGERI *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 89–7633.  CHIPP *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 89–7637.  HOLMES *v.* GENCO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–7641.  BRANNAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.